FILED
2026 Oct-13 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ERIC KEITH PATTERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:25-cv-01081-MHH** |
| **PATRICK B JENNINGS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

Mr. Patterson has sued police officer Patrick B. Jennings, Judge Lee Barnes, Judge Laura Barnes, and the City of Springville, Alabama in connection with a traffic stop. (Docs. 1, 4). On September 21, 2026, the Court dismissed Mr. Pattersons's claims and closed the case because Mr. Patterson did not state a valid federal claim in his initial complaint. (Doc. 3). On October 9, 2026, Mr. Patterson filed an amended complaint. (Doc. 4). The Court construes the amended complaint as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Mr. Patterson's amended complaint does not cure the deficiencies the Court identified in the September 21 order. Mr. Patterson asserts that he believes Alabama lacks authority to require registration of vehicles unless a person is engaged

in commercial activity. This argument lacks merit. Accordingly, the Court denies the motion and strikes the amended complaint. The case will remain closed. The Clerk of Court shall please mail a copy of this order to Mr. Patterson's address on file.

**DONE** and **ORDERED** this October 13, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE